IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRAVIS DEVON SWANSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2267

_____/

Opinion filed May 17, 2017.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Travis Devon Swanson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

        AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.